

Thursday, March 19, 2015

No. 15–0087/MC. U.S. v. Carlton Wilder, Jr. CCA 201400118. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue specified by the Court:

> WHETHER THE PROMULGATION OF RCM 707 ABROGATED THE "SUBSTANTIAL INFORMATION" RULE ORIGINATED IN *UNITED STATES v. JOHNSON*, 23 C.M.A. 91, 48 C.M.R. 599 (1974).

Briefs will be filed under Rule 25.

No. 15–0334/MC. U.S. v. Quantaus R. Riggins. CCA 201400046. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE LOWER COURT ERRED IN DECIDING A QUES-TION OF LAW WHICH HAS NOT BEEN, BUT SHOULD BE, SETTLED BY THIS COURT WHEN IT HELD THAT ASSAULT CONSUMMATED